UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **CORY W WALL #389949** | **CIVIL ACTION NO. 24-cv-378 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **MARCUS MYERS** | **MAGISTRATE JUDGE PEREZ-MONTES** |

**J U D G M E N T**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 10] previously filed herein, having thoroughly reviewed the record, noting the lack of objection filed thereto, and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that because the Petition [Doc. No. 6] filed by Petitioner Cory W. Wall, having been untimely filed, is hereby **DENIED and DISMISSED WITH PREJUDICE**.

THUS DONE AND SIGNED at Monroe, Louisiana, this the 24th day of June 2024.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE