**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **CORY W WALL #389949** | **CASE NO. 1:24-CV-00378 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **MARCUS MYERS** | **MAGISTRATE JUDGE PEREZ-MONTES** |

**JUDGMENT**

For the reasons assigned in the Report and Recommendation [Doc. No. 10] of the Magistrate Judge previously filed herein, having thoroughly reviewed the record, along with the Objection [Doc. No. 15] filed by Plaintiff, and concurring with the findings of the Magistrate Judge under applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that because the Petition for Writ of Habeas Corpus [Doc. No. 6] filed by Plaintiff was filed untimely, it is **DENIED** and **DISMISSED WITH PREJUDICE**.

MONROE, LOUISIANA, this 23rd day of July 2024.

_____
Terry A. Doughty
United States District Judge